UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NYSSA R., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, <br> Commissioner of Social Security <br><br> Defendant. | Case No. 19-CV-178-RSL <br><br> ORDER AFFIRMING COMMISSIONER |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler.

The Court adopts the Report and Recommendation with one clarification. The Report and Recommendation indicates that plaintiff cited "no independent evidence supporting the existence of [limitations resulting from her migraines] and she did not allege those limitations or *even mention headaches at all* in her benefits application, function reports, or at the administrative hearing." See Dkt. #15 at 5 (citing AR 35-100, 224, 264-71) (emphasis added). Although plaintiff indeed *mentioned* fibromyalgia and headaches in a disability report to the Commissioner (see AR 284), and briefly testified to receiving treatment for pseudoseizures and migraines during her administrative hearing (see AR 46), Judge Theiler's contrary finding was not central to the outcome of her Report and Recommendation. The Court agrees with the conclusion of the Report and Recommendation, that plaintiff has not shown any harmful error in the ALJ's failure to include migraine headaches as a severe impairment at step two of the

ORDER AFFIRMING COMMISSIONER - 1

disability evaluation.  <u>See</u> <u>generally</u> Dkt. #15 at 2-6; <u>see also</u> <u>Buck v. Berryhill</u>, 869 F.3d 1040, 1048-49 (9th Cir. 2017).

The decision of the Commissioner is therefore AFFIRMED.  The Clerk of Court shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 2nd day of January, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER AFFIRMING COMMISSIONER - 2